JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KIRELL FRANCIS BETTIS** | ) | NO. CV 09-0265-MMM(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **LINDA TILLIE, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

    Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: February 12, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE